IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSE CRUZ,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.

CASE NO. 1D16-0305

AMERICAN AIRLINES AND
SEDGWICK CLAIMS
MANAGEMENT SERVICES,

    Appellees.

_____/

Opinion filed August 22, 2016.

An appeal from an order of the Judge of Compensation Claims.
Margret G. Kerr, Judge.

Date of Accident: December 3, 2012.

Toni L. Villaverde of Toni L. Villaverde, PLLC., Coral Gables, for Appellant.

Clinton C. Lyons, Jr. of Moran Kidd Lyons Johnson, P.A., Orlando, for Appellees.


PER CURIAM.

    AFFIRMED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., CONCUR.